UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANITA J. PERKINS** | **CIVIL ACTION NO.: 3:20-cv-771** |
| **VERSUS** | **JUDGE:** |
| **OLLIE'S BARGAIN OUTLET, INC.** | **MAGISTRATE:** |

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, ANITA J. PERKINS, a person of the full age of majority who is domiciled in the Parish of Livingston, State of Louisiana, and for her Complaint, respectfully aver as follows:

**1.**

This Court has jurisdiction in this matter pursuant to 28 U.S.C. 1332, because there is a diversity of citizenship and the amount in controversy exceeds $75,000.00. Plaintiff is a resident of the State of Louisiana, and defendant is a citizen of and/or incorporated in and/or have their principal place of business in a state other than the State of Louisiana.

**2.**

Venue is appropriate in the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. 1391(b), because the events giving rise to this action occurred in this judicial district and defendant resides outside the State of Louisiana.

**3.**

Made defendants herein are:

1

1. **OLLIE'S BARGAIN OUTLET, INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana.

**4.**

Defendant, OLLIE'S BARGAIN OUTLET, INC., is liable unto plaintiff, ANITA J. PERKINS, in a reasonable compensatory sum, plus legal interest, and all costs of these proceedings for the following reasons to wit:

**5.**

Plaintiff shows that on or about November 17, 2019, Plaintiff, ANITA J. PERKINS, was a customer at defendant, OLLIE'S BARGAIN OUTLET, INC., located at 730 S. Range Ave., Bldg. 2, Suite A, Denham Springs, LA 70726, within the jurisdiction of this Court.

**6.**

On this day, Plaintiff was shopping in the store, when suddenly her foot became caught in a rigid plastic packaging strap causing her to fall, resulting in the severe and disabling injuries complained of herein. This packaging strap was placed and/or left lying on the floor in the aisle that Plaintiff was shopping, by one of defendant's employees, while stocking merchandise.

**7.**

Plaintiff was in no manner negligent. The sole and proximate cause of the above described accident was defendant's carelessness, negligence, and wanton disregard for the safety of its guests as is more particularly, but not exclusively described as follows:

a. Failing to follow standard maintenance practices of picking up packing materials from store merchandise;

b. Failing to properly train or instruct employees/personnel to alert guests of packaging materials left on the floor;

    c.  Failing to keep the aisles and walkways free and clear of hazardous conditions;

    d.  Other negligent and intentional acts which may be proven at trial in this matter.

**8.**

Solely by reason of the negligence of the defendant, and other acts and inactions described herein, plaintiff, ANITA J. PERKINS, sustained severe and disabling injuries including but not limited to the following: fracturing her coccyx, as well as injuries to her bones, muscles and joints, among other component parts of her head, back, and neck. As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish.

**9.**

Plaintiff, ANITA J. PERKINS, seeks just and reasonable damages for the following:

    a.  Past, present and future physical pain and suffering;

    b.  Past, present and future mental anguish and emotional pain;

    c.  Past, present and future medical expenses;

    d.  Loss of the enjoyment of life;

    e.  Other injuries and damages to be proven at the trial of this matter.

**WHEREFORE,** plaintiff, ANITA J. PERKINS, pray that this Complaint be deemed good and sufficient, and that following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of Plaintiff, ANITA J. PERKINS, and against defendant, OLLIE'S BARGAIN OUTLET, INC., for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from

the date of judicial demand until paid and all costs of this proceeding, expert witness fees; and for such other relief as the law and equity may provide.

        Respectfully Submitted:

        **BIANCA LAW FIRM**

        /s/Dominick M. Bianca
        **DOMINICK M. BIANCA (26802)**
        8212 Summa Ave.
        Baton Rouge, LA  70809
        Telephone: 225-925-2877
        Facsimile: 225-925-2875
        Email: rusty@biancalawfirm.com
        *Counsel for Plaintiff, Anita J. Perkins*